**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JORGE CERON** **PLAINTIFF**
**ADC #176574**

**v.** **Case No. 4:23-cv-01172-KGB**

**ERIC S. HIGGINS, Sheriff,**
**Pulaski County, *et al.*** **DEFENDANTS**

# ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 92). No party has filed objections to the Recommendation, and the time for filing objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*).

The Court grants Nurse Cornelius Blevins's motion for summary judgment (Dkt. No. 76). Plaintiff Jorge Ceron's deliberate indifference claim against Nurse Blevins is dismissed with prejudice (Dkt. No. 28). The Court dismisses without prejudice Ceron's deliberate indifference claim against separate defendant Deputy Perkins for lack of service.[1] Judgment will be entered accordingly.

It is so ordered this the 21st day of September, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge

[1] The Court dismissed all other claims in the case without prejudice for failure to state a claim for relief in an Order dated January 6, 2025 (Dkt. No. 26).